EVA KACHURIN et al., as Executors of PHILIP KACHURIN, Deceased, Doing Business under the Name of KACHURIN DRUG COMPANY, Appellants, v. HARRY K. BARR, Doing Business under the Name of BARR SHIPPING COMPANY, et al., Respondents.

Argued March 10, 1948; decided April 22, 1948.

*Joseph M. Proskauer* and *Eugene Eisenmann* for appellants.
*Neil P. Cullom, Francis J. Ryan, Jr.,* and *Huyler Held* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.